| | | | |
|---|---|---|---|
| Matter of the Adoption of B.G.B.; Appeal of M.A.B. | 1837 WDA 2015 Affirmed | 07/26/2016 | No. 56C In Adoption 2014 (Erie) |
| Com. v. Edinger | 1874 WDA 2015 Affirmed | 07/26/2016 | CP–25–CR–0000997– 2015 (Erie) |
| Com. v. Bowser | 1939 WDA 2015 Affirmed | 07/26/2016 | CP–43–CR–0000317– 2007 CP–43–CR–0001350– 2007 (Mercer) |
| J.L.D. ex rel. M.E.D. v. T.A.J. | 30 WDA 2016 Affirmed | 07/26/2016 | No. 2015–1385–Civil (Armstrong) |
| Com. v. Deleon | 68 WDA 2016 Affirmed | 07/26/2016 | CP–25–CR–0001531– 1999 (Erie) |
| Com. v. Suarez | 1734 EDA 2015 Reversed and Remanded | 07/27/2016 | CP–45–CR–0000523– 2014 (Monroe) |
| Com. v. Suarez | 1748 EDA 2015 Reversed and Remanded | 07/27/2016 | CP–45–CR–0001814– 2014 (Monroe) |
| Apex Comm. Federal Credit Union v. Arasin [52] | 2074 EDA 2015 Affirmed | 07/27/2016 | 2013–11073 (Chester) |
| Scott v. Giacomelli | 2090 EDA 2015 Affirmed | 07/27/2016 | No. 2011–07442 (Bucks) |
| Bayview Loan v. Lindsay | 2364 EDA 2015 Affirmed | 07/27/2016 | 130501170 (Philadelphia) |
| Van Stine v. Carpineta | 2856 EDA 2015 Affirmed | 07/27/2016 | July Term, 2015, No. 03662 (Philadelphia) |
| Com. v. McClain | 3164 EDA 2015 Affirmed | 07/27/2016 | CP–13–CR–0000331– 2014 (Carbon) |
| Com. v. Flanagan | 1749 MDA 2015 Affirmed | 07/27/2016 | CP–19–CR–0000463– 1999 (Columbia) |
| Com. v. Harper | 85 WDA 2016 Affirmed | 07/27/2016 | CP–02–CR–0009702– 2011 (Allegheny) |
| Com. v. Muhammad | 955 EDA 2015 Affirmed | 07/28/2016 | CP–23–CR–0000274– 2014 (Delaware) |
| Com. v. Schauer | 722 MDA 2015 Vacated and Remanded | 07/28/2016 | CP–38–CR–0000761– 2012 (Lebanon) |
| In re Estate of Lynn | 1413 MDA 2015 Affirmed | 07/28/2016 | 4014 of 0098 (Luzerne) |

**52.** Petition for reargument denied October 03, 2016.